IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JULIE R. TYLER, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | CASE NO.: JFM-02-CV1975 |
| GAINES MOTOR LINES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## APPROVAL OF EXTENSION OF TIME TO REPLY

Having considered the Request for Extension of Time to Reply to the Plaintiffs' Response, the Court having been advised of the parties' agreement to extend the time period in which Defendant may reply to Plaintiff's Response, the Request shall be, and is hereby, approved. The Defendant shall file its Reply no later than Monday, August 12, 2002.

Approved: 8/5/02

_____
Hon. J. Frederick Motz
JUDGE, United States District Court
    for the District of Maryland

Docketed: _____

cc:   To counsel of record