### IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### CIVIL DIVISION

| | | |
|---|---|---|
| JULIA TYLER, et al. | * | 2002 OCT -7 A 8: 33 |
| Plaintiffs | * | |
| v. | *Case No.: JFM 02 CV 1975 | |
| GAINES MOTOR LINES, INC. | * | |
| Defendant | * | |

*******************************************************

### ORDER

Upon consideration of Plaintiffs Motion to Extend Time to File Motion to Compel Discovery, it is this _7th_ day of _October_, 2002,

ORDERED, that the same be and hereby is granted; and it is

FURTHER ORDERED, that Plaintiff shall have until _October 24, 2002_ to file a Motion to Compel Discovery based on Defendant's present discovery responses should such a motion be necessary.

_____
Judge Motz
United State District Court for the District of Maryland

Copies to:

Walter E. Gillcrist, Jr., Esquire
**Budow and Noble, P.C.**
7201 Wisconsin Avenue
Suite 600
Bethesda, Maryland 20814

David A. Skomba, Esquire
**Franklin & Prokopik**
One North Charles Street
Suite 100
Baltimore, Maryland 21201-3777

