IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JULIA R. TYLER, *et al.*      *

                  *

        v.               *    Civil No. JFM-02-1975

                  *

GAINES MOTOR LINES, INC.      *

                  *

*****

ORDER

For the reasons stated in the accompanying memorandum, it is this 30th day of January 2003

ORDERED that

1.     The motion to dismiss or, in the alternative, to transfer is treated as a motion to transfer;

2.     The motion to transfer is granted; and

3.     This action is transferred to the Asheville Division of the United States District Court for the Western District of North Carolina pursuant to 28 U.S.C. § 1404(a).

                                       /s/                          
                                       J. Frederick Motz
                                       United States District Judge